**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ROBERT HONAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>   Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | CASE NO. 1:14-cv-2487<br><br>MAGISTRATE JUDGE GREG WHITE<br><br>**JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

s/ Greg White<br>United States Magistrate Judge

Dated: September 21, 2015